③  JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

MHN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

(a) **PLAINTIFFS**
Philanders and Tracy Hardy

**DEFENDANTS**
Amtec Funding Group et al.

(b) County of Residence of First Listed: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: 
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

7806 S. Luella Ave
Chicago, Ill. 60649

(c) Attorney's (Firm Name, Address, and Telephone Number)
773-933-5336

Attorneys (If Known)
8-7-2008

FILED
AUG 07 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

08CV4465
JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of suit checkboxes — none marked visibly except 290 All Other Real Property under REAL PROPERTY]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

TILA Violation 15 U.S.C. 1635(b): Reg. Z 226.15(d)(1)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. This case
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____ PRO SE, previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD