MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Philanders Hardy
(Please print)

STREET ADDRESS: 7806 S. Luella Ave

CITY/STATE/ZIP: Chicago, IL 60649

PHONE NUMBER: 773-933-5336

CASE NUMBER: 08CV4465
JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

Signature　　　　　　　　　　8/7/08
　　　　　　　　　　　　　　Date

FILED

AUG 0 7 2008 TC
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT