MHW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Tracy Hardy
(Please print)

STREET ADDRESS: 7806 S. Luella

CITY/STATE/ZIP: Chicago, Ill 60649

PHONE NUMBER: 773-934-3739

CASE NUMBER: 08CV4465
JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

_Tracy Hardy_          08/07/08
Signature              Date

FILED

AUG 07 2008 TC
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT